UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33519 |
|---|---|
| JUDY A. HENDERSON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995827**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 9 | CLINTON RADIOLOGY PSC<br>DEPT 8010<br>BOX 865<br>WILMINGTON, OH  45177 | 12.66 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/1/2010

Certificate of Service  06-33519

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JUDY A. HENDERSON
529 W MAIN STREET
LEESBURG, OH  45135

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(15.1n)
BENEFICIAL FINANCE CORP
961 WEIGEL DR
BOX 8603
ELMHURST, IL  60126

(9.1)
CLINTON RADIOLOGY PSC
DEPT 8010
BOX 865
WILMINGTON, OH  45177

(16.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs